# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN  DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

      **vs.**               **:  CIVIL NO: C-1-00-397**

                             **:  JUDGE BECKWITH**

                             **:  MAGISTRATE JUDGE HOGAN**

**JAMES S. TEVIS, JR.,**
**aka JAMES STEPHEN TEVIS,**

        **Defendant.**

## CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR

      This is to certify under penalty of perjury that on August 9, 2007, the following documents were mailed to the new address of record, by certificate of mailing (Exhibit A), to the Defendant James  S. Tevis, Jr., 3373 Royal Troon Road, Lexington KY  40509.

      1.      Motion for Judgment Debtor Examination (Doc. #8);

      2.      Order for Judgment Debtor Examination (Doc. #9);

      3.      Letter indicating the scheduled date of Judgment Debtor Examination (Exhibit B).

      Attached hereto is a copy of the Address Information Request from the Post Master General indicating debtor receives mail at the given address (Exhibit C).

                     Respectfully submitted,

                     GREGORY G. LOCKHART
                     United States Attorney

                     s/Deborah F. Sanders
                     DEBORAH F. SANDERS (0043575)
                     Assistant United States Attorney
                     Attorney for Plaintiff
                     303 Marconi Boulevard, Suite 200
                     Columbus, Ohio 43215
                     (614) 469-5715

<u>**CERTIFICATE OF SERVICE**</u>

A true copy of the above and foregoing Certificate of Service was filed with the Clerk of

Court using the CM/ECF system and mailed, to  James S. Tevis, Jr., Defendant, 3373 Royal Troon

Road, Lexington KY  40509., by first class mail, postage prepaid, this 27th  day of August,  2007.


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney