| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | |

Received From:

*United States Attorney*
*Southern District of Ohio*
*303 Marconi Boulevard, Suite 200*
*Columbus, Ohio 43215-2401*

One piece of ordinary mail addressed to:

James S. Tevis, Jr.
3373 Royal Troon Road
Lexington, KY 40509

PS Form **3817**, January 2001

[Postmark: COLUMBUS OH AUG 9 2007]
[Postage: $01.050 08/09/2007 Mailed From 43215]

