

**U.S. Department of Justice**

United States Attorney
Southern District of Ohio

---

303 Marconi Boulevard, Suite 200    (614) 469-5715
Columbus, Ohio  43215               FAX (614) 469-5240

August 9, 2007

James S. Tevis, Jr.
3373 Royal Troon Road
Lexington, KY  40509

<u>**IMPORTANT INFORMATION
PLEASE READ**</u>

Dear Mr. Tevis:

<u>**RE: Friday, September 14, 2007 Judgment Debtor Examination Hearing at 10:00 a.m.**</u>

    Enclosed you will find an Order from the United States District Court requiring you to appear before the Honorable Magistrate Judge Hogan - U. S. District Court, 100 East Fifth Street, Hearing Room #701 - 7th Floor, Cincinnati, Ohio 45202.  **Please be advised that failure to appear may result in a findings holding you in contempt of court and the issuance of a <u>Warrant for your arrest</u>.**

    The examination will be conducted before the U.S. Magistrate Judge Hogan by an Assistant United States Attorney.  At the time of the examination, you will be asked to complete and sign the enclosed financial statement.  <u>**If you complete the financial statement ahead of time and bring it to the examination with you, it will decrease the amount of time that you will have to spend at the examination.**</u>

    NOTE:  You may complete the enclosed financial statement now and return it to this office in the envelope provided.  **However, please <u>DO NOT CONSIDER YOURSELF EXCUSED</u> from the Judgment Debtor Examination unless you have received notice from this office either by telephone or in writing excusing you.**

    If you have any questions regarding this notice and the enclosed Order, please do not hesitate to contact me and (614) 469-5715.

                                               Very truly yours,

                                               GREGORY G. LOCKHART
                                               UNITED STATES ATTORNEY

                                               Cloteal Turner
                                               Legal Technician
                                               Financial Litigation Unit

cjt
Enclosures

**GOVERNMENT EXHIBIT**