

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215

614/469-5715



August 9, 2007

To:   Postmaster
      Lexington, KY 40509

### ADDRESS INFORMATION REQUEST

Please furnish address information for the following individual or verify that his/her mail is delivered at the address shown below. If the address is a post office box, please furnish the address on the box holder's application form.

**NAME:**                James S. Tevis, Jr.

**LAST KNOWN ADDRESS:**  3373 Royal Troon Road
                         Lexington, KY 40509

I certify that this information is required for the performance of official duties.

Very truly yours,

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

Cloteal Turner
Legal Technician
Financial Litigation Unit

---

**FOR POST OFFICE USE ONLY**

(X) Mail is delivered to address given
( ) Not known at address given
( ) Moved; left no forwarding address
( ) No such address
( ) NEW ADDRESS: _____
( ) BOX HOLDER'S STREET ADDRESS: _____

AUG 1 5 2007
USPS

GOVERNMENT EXHIBIT

_____               _____
DATE                         POSTMASTER'S SIGNATURE