IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.                         : **CIVIL NO: C-1-00-397**
                               : **JUDGE BECKWITH**
                               : **MAGISTRATE JUDGE HOGAN**

**JAMES S. TEVIS, JR.,**

    **Defendant.**

**PLAINTIFF'S REQUEST TO QUASH
ORDER FOR JUDGMENT DEBTOR EXAMINATION**

Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination (Doc.# 9) scheduled for September 14, 2007 and filed on August 7, 2007 in the above captioned case. Plaintiff has obtained the financial information which was requested. Therefore, it is respectfully requested that the August 7, 2007 Order for Judgment Debtor Examination against James S. Tevis, Jr. be quashed.

                                                 Respectfully submitted,

                                                 GREGORY G. LOCKHART
                                                 United States Attorney

                                                 s/Deborah F. Sanders
                                                 DEBORAH F. SANDERS (0043575)
                                                 Assistant United States Attorney
                                                 Southern District of Ohio
                                                 303 Marconi Boulevard, Suite 200
                                                 Columbus, Ohio  43215-2401
                                                 (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Order for Judgment Debtor Examination was mailed to James S. Tevis, Jr. , 3373 Royal Troon Road, Lexington, KY 40509, by first class mail, postage prepaid, this 13th day of September, 2007.

    _s/Deborah F. Sanders_____
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney