IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

: CIVIL NO: C-1-00-397
: JUDGE BECKWITH
: MAGISTRATE JUDGE HOGAN

JAMES S. TEVIS, JR.,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination scheduled for September 14, 2007, and for good cause showing that the Plaintiff has obtained the financial information which has been requested,

**IT IS HEREBY ORDERED** that the August 7, 2007 Order for Judgement Debtor Examination be quashed.

Date: 9/17/07

_____
UNITED STATES MAGISTRATE JUDGE