UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA,
    Plaintiffs,

v.

| Defendant | Case Nos. |
|---|---|
| | 1:02cv315 |
| | 1:01cv338 |
| Johnny Benefield | 1:00cv630 |
| Laurindo Bradshaw | 1:00cv350 |
| Jeff Chenault | 1:00cv1054 |
| Aaron Chiles | 1:03cv699 |
| ~~Brenda Chinn~~ | ~~1:99cv78~~ Excused |
| Nika Galvez | 1:99cv638 |
| Denise E. Jackson | 1:97cv1139 |
| David Jetter | 1:94cv806 |
| Willa Jones | 1:00cv894 |
| Charlie Scaife | 1:06mc27 |
| Landis Scott | 1:00cv397 |
| Dennis Suggs (HHS) | 1:02mc13 |
| ~~James Tevis~~ | ~~1:07cv28~~ Excused |
| Raul Tramontana (HHS) | 1:01cv147 |
| Jodie Beser | 1:96cv596 |
| Rodney Watson | |
| Walter Williams | |

(Hogan, M.J.)

Student Loan Judgment Debtors,
    Defendant(s).

## CIVIL MINUTES
### on Student Loan Judgment Debtor Examination

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Tempann Thomas
**LAW CLERK:** none present
**COURT REPORTER:** Official Reporter, Jodie Perkins
**DATE:** September 14, 2007     **TIME:** 10:00 am – 10:45

Judgment Debtor(s): _____      Attorney for Defendant(s): _____

Deborah Sanders
Craig Black
Perry Vance

## WITNESSES

_____    _____
_____    _____
_____    _____
_____    _____
_____

## PROCEDURES

✓ Counsel Present & Judgment Debtor present.
___ Arguments held on_____

___ Judgment Debtor not present. Capias Warrant issued _____.
___ Court ordered in open court that_____

Remarks:

8 of the fifteen defts did not appear.
Gov't will file a motion to address relief requested against the defts who did not appear.
Defts present: Johnny Benefield
　　　　　　　　Jeff Chenault
　　　　　　　　Nilka Galvez
　　　　　　　　David Jetter
　　　　　　　　Charlie Scaife
　　　　　　　　Landis Scott
　　　　　　　　Walter Williams